IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-15-BU-KLD |
| USPS Parcel to Luis A. Rocha 204 N Davis St Belgrade, MT 59714 from Andre E. Robinson 543 Park Ave Apt #11 Omaha, NE # 9505511003540198428565 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 30th day of July, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1